## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tobin, Michael Harry | Case Number:  04 B 36627 |
| | Judge:  Squires, John H |
| Printed: 02/03/09 | Filed:  10/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  January 29, 2009
Confirmed:  December 8, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 114,495.00 | |
| Secured: | | 98,408.63 |
| Unsecured: | | 9,873.78 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 6,212.59 |
| Other Funds: | | 0.00 |
| Totals: | 114,495.00 | 114,495.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Household Financial Corporation | Secured | 43,859.99 | 43,859.99 |
| 3. | Bank Of America | Secured | 39,329.64 | 39,329.64 |
| 4. | Household Financial Corporation | Secured | 14,688.00 | 14,688.00 |
| 5. | Bank Of America | Secured | 531.00 | 531.00 |
| 6. | US Bank | Unsecured | 366.82 | 722.24 |
| 7. | Resurgent Capital Services | Unsecured | 1,833.65 | 3,610.17 |
| 8. | ECast Settlement Corp | Unsecured | 39.62 | 77.99 |
| 9. | ECast Settlement Corp | Unsecured | 2,774.24 | 5,463.38 |
| 10. | First USA | Unsecured | | No Claim Filed |
| 11. | First USA | Unsecured | | No Claim Filed |
| | | | $ 103,422.96 | $ 108,282.41 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 713.65 |
| 4% | 278.61 |
| 3% | 202.37 |
| 5.5% | 1,111.49 |
| 5% | 335.95 |
| 4.8% | 646.78 |
| 5.4% | 2,330.59 |
| 6.6% | 593.15 |
| | $ 6,212.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tobin, Michael Harry | Case Number:  04 B 36627 |
| | Judge:  Squires, John H |
| Printed: 02/03/09 | Filed:  10/4/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*